UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RICHARD S. KEOSEIAN,

                Docket No. 07 CV 10679

        Plaintiff,

-against-

                **AFFIDAVIT OF SERVICE**

HEIMERL LAW FIRM and
WOLFGANG HEIMERL,

        Defendant.
-----------------------------------------------------------X

**STATE OF NEW YORK**    )
                                      ) ss:
**COUNTY OF NEW YORK**  )

        **Odette Vigo**, being duly sworn, deposes and says:

        I am not a party to this action, I am over eighteen (18) years of age and I reside in the State of New York, County of Kings.

        That on **December 6, 2007**, deponent served the **Notice of Removal, Civil Cover Sheet and Judges' Rules** upon the following:

                Stephen R. Krawitz, LLC
                Attorney for Plaintiff
                271 Madison Avenue, Suite 200
                New York, NY 10016

by mailing same in a sealed envelope, with postage prepaid thereon via *U.S. Mail* within the State of New York.

                                                          Odette Vigo

Sworn to before me this
7th day of December, 2007.

        Notary Public

SHADENA MORANT-DANIELS
Notary Public, State of New York
No. 24-4986342
Qualified in Kings County
Commission Expires Sept. 9, 2009

4846-0611-6353.1