

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

**PETER T. SHAPIRO**
*PARTNER*
DIRECT DIAL: 212-232-1322
E-MAIL: pshapiro@lbbslaw.com

January 11, 2008

FILE NO.
27350-94

Honorable John F. Keenan
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> The conference is adjourned to March 13, 2008, at 10:00 a.m.
>
> SO ORDERED.
> Dated:   New York, New York
>          January 15, 2008
>
>                    /s/ John F. Keenan
>                          U.S.D.J.

Re:   ***Keoseian v. Heimerl Law Firm, et ano.***   07 CIV 10679 (JFK)

Dear Judge Keenan:

I represent defendants in the above matter. I write with the consent of my adversary, Stephen Krawitz, Esq., to request an adjournment of the initial conference Your Honor has scheduled for February 28, 2008 at 9:45 a.m. I will be out of town on business that week. My adversary and I are both available to appear on an adjourned date during the following two weeks, including on the following dates: March 4, 5, 6, 10, 11, 12, 13 and 14. There have been no prior adjournments of this conference. No scheduling order has been executed in this case.

Thank you for your attention to this matter.

Respectfully,

Peter T. Shapiro (PS 9692)
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS/ps

cc:   Stephen R. Krawitz, L.L.C.
      271 Madison Avenue
      Suite 200
      New York, NY 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-08

CHICAGO   LAFAYETTE   LAS VEGAS   LOS ANGELES   ORANGE COUNTY   PHOENIX   SACRAMENTO   SAN BERNARDINO   SAN DIEGO   SAN FRANCISCO   TUCSON
312.345.1718   337.326.5777   702.893.3383   213.250.1800   714.545.9200   602.385.1040   916.564.5400   909.387.1130   619.233.1006   415.362.2580   520.202.2565

4836-2037-2738.1