```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

Keosian /
Heimerl Law Firm and
Wolfgang Heimerl

07 CIV. 10679 (JFK)

ORDER

-----------------------------------X

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by __April 1, 2008__.

Any amendment of the pleadings by __April 1, 2008__.

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by __June 16, 2008__.

Next conference will be held on __July 8, 2008 - 10 AM__.

Discovery supervision will be referred to Magistrate Judge __Francis__.

SO ORDERED.

Dated: New York, New York
       March 13, 2008

                                    /s/ John F. Keenan
                                    JOHN F. KEENAN
                                    United States District Judge