UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
RICHARD S. KEOSEIAN,

                    Plaintiff(s),

   -against-

HEIMERL LAW FIRM and WOLFGANG HEIMERL,

                    Defendant(s).
------------------------------------------------X

Index No. 07-CV-10679 (JK)

**AFFIDAVIT OF SERVICE UPON ATTORNEYS**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

    The undersigned, who is not a party to this action/ proceeding being duly sworn, being over the age of eighteen (18) years and, having an address in care of Stephen R. Krawitz, LLC, 271 Madison Avenue, Suite 200, New York, New York 10016, says:

    On January 11, 2008, in the manner hereinafter described, true copy(ies) of the following paper(s) were served on respective attorneys for the parties at the addresses hereinafter listed:

[X]     By depositing same in an official depository of the U.S. Postal Service in New York City/State enclosed in postage-paid envelope/wrapper duly addressed and sealed.

[ ]     By Federal Express Next Day Delivery.

[ ]     By physical delivery of same to stated address.

**DESCRIPTION OF PAPER (and QUANTITY where more than one copy):**

COMPLAINT

**ATTORNEYS SERVED:**

Peter T. Shapiro, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Attorneys for defendants
99 Water Street, 25th Floor
New York, NY 10038

Sworn to before me on the
11TH day of January, 2008.

_____
NOTARY PUBLIC

MARIA RICCARDELLI

STEPHEN R. KRAWITZ
Notary Public, State of New York
No. 4815455
Qualified in New York County
Commission Expires November 30, 20 10