UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
RICHARD S. KEOSEIAN                      Docket no.: 07 CV 10679 (JK)

                      Plaintiff,                     **NOTICE OF APPEARANCE**

   -against-

HEIMERL LAW FIRM and WOLFGANG HEIMERL,


                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

S I R S :

   **PLEASE TAKE NOTICE**, that STEPHEN R. KRAWITZ, LLC, represents RICHARD S. KEOSEIAN and hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for RICHARD S. KEOSEIAN and demands that any and all notices or references for any further hearings, conferences and/or proceedings in this matter be served upon the undersigned at the office and post office address stated below.

Dated:       New York, NY
                March 17, 2008

                                                            Yours, etc.,


                                                    _____
                                                    STEPHEN R. KRAWITZ, LLC
                                                    By: Stephen R. Krawitz, Esq. (SRK8770)
                                                    Attorneys for RICHARD S. KEOSEIAN
                                                    271 Madison Avenue, Suite 200
                                                    New York, NY 10016
                                                    212-682-0707


TO:         LEWIS, BRISBOIS, BRISGAARD & SMITH, LLP
               By: Peter T. Shapiro, Esq.
               Attorneys for Defendants
               199 Water Street, Suite 2500
               New York, NY 10038
               212-232-1300