UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD KEOSEIAN,

                         Plaintiff,                    07 CV 10679 (JK)

        - against -

WOLFGANG HEIMERL and HEIMERL LAW FIRM,     **OFFER OF JUDGMENT**

                       Defendants.
-----------------------------------------------------------------X

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against them in this action in the amount of $45,000.00, inclusive of costs. This offer shall be deemed withdrawn for purposes of Rule 68 if not accepted by Plaintiff within 10 days from the date of service hereof.

Dated: New York, New York
       April 23, 2008

                                            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                  By: _____
                          Peter T. Shapiro (PS 9692)
                          LEWIS BRISBOIS BISGAARD & SMITH LLP
                          *Attorneys for Defendants*
                          199 Water Street, 25th Floor
                          New York, New York 10038
                          212-232-1300

To:   STEVEN R. KRAWITZ, LLC
       Attorneys for Plaintiff
       271 Madison Avenue, Suite 200
       New York, NY 10016
       212-682-0707

4837-1135-3346.1

## CERTIFICATE OF SERVICE

I hereby certify that the within Offer of Judgment was duly served upon plaintiff's counsel by first-class mail and served and filed via ECF on April 23, 2008.

_____
PETER T. SHAPIRO (PS 9692)