UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD KEOSEIAN,

                           Plaintiff,                  07 CV 10679 (JK)

      - against -

WOLFGANG HEIMERL and HEIMERL LAW FIRM,      **STIPULATION AND ORDER**

                     Defendants.
-----------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED,** by the undersigned attorneys for the parties hereto on behalf of their clients, that this action, and all claims and counterclaims asserted by any party, is voluntarily discontinued and dismissed with prejudice, with each party to bear his own costs and fees.

Dated: New York, New York
       May 1, 2008

                     **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                     *Attorneys for Defendants*

                     By: _____
                        Peter T. Shapiro (PS 9692)
                     199 Water Street
                     New York, NY 10038
                     212-232-1000

                        **STEPHEN R. KRAWITZ, ESQ.**
                        *Attorneys for Plaintiff*

By: _____
     Stephen R. Krawitz (SK 8870)
     271 Madison Avenue, Suite 200
     New York, New York 10016
     212-683-0707

SO ORDERED:

_____
     U.S.D.J.

4817-0398-6690.1