USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD KEOSEIAN,

                               Plaintiff,                      07 CV 10679 (JK)

       - against -

WOLFGANG HEIMERL and HEIMERL LAW FIRM,       STIPULATION
                                                       AND ORDER
                             Defendants.
---------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by the undersigned attorneys for the parties hereto on behalf of their clients, that this action, and all claims and counterclaims asserted by any party, is voluntarily discontinued and dismissed with prejudice, with each party to bear his own costs and fees.

Dated: New York, New York
       May 1, 2008

                                          LEWIS BRISBOIS BISGAARD & SMITH LLP
                                          *Attorneys for Defendants*

                                           By: _____
                                            Peter T. Shapiro (PS 9692)
                                            199 Water Street
                                            New York, NY 10038
                                            212-232-1000

STEPHEN R. KRAWITZ, ESQ.
*Attorneys for Plaintiff*

By: _____
Stephen R. Krawitz (SK 8870)
271 Madison Avenue, Suite 200
New York, New York 10016
212-683-0707

SO ORDERED:

_____
U.S.D.J.

4817-0398-6690.1